**C. N. ROYALTY, appellant,**

v.

**THE WINCHESTER BANK et al., appellees.**

Court of Appeals of Kentucky.

Feb. 5, 1954.

Rodney Haggard, Redwine & Redwine, M. C. Redwine, Winchester, for appellant.

Beverly White, Winchester, for appellees.

PER CURIAM.

Motion for an appeal from a judgment dismissing Royalty's claim to $992.41 asserted under an alleged landlord's lien on the 1950 tobacco crop of his tenant, Louis Hagar, and awarding the Winchester Bank, Inc., a first lien asserted under its mortgage on the crop and therefore entitled to recover the above amount. The evidence discloses Royalty did not have a landlord's lien within the meaning of KRS 383.110(1). Moreover, the misjoinder of causes of action complained of did not deprive Royalty

of any substantial right nor in any way militate against his claim.

The motion is overruled and the judgment is affirmed.